RUDIKH & ASSOCIATES
223 Route 18 South
Suite 204
East Brunswick, New Jersey 08816
(732) 659-6961
Attorney for Debtor

Order Filed on March 13, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

Geraldine Lee

Case No.: **18-31293**

Debtor

**ORDER**

### ORDER TO REIMPOSE THE AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: March 13, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtors:         GERALDINE LEE
Case No.:        **18-31293**
Caption of Order:    ORDER TO REIMPOSE THE AUTOMATIC STAY

_____

Upon the Motion of Yan Rudikh, Esq., attorney for the Debtor, Geraldine Lee, for an Order to Reimpose the Automatic Stay, and for good and sufficient cause shown,

It is hereby Ordered as follows:

1. The automatic stay is hereby reimposed.

2. Debtor's counsel shall serve this Order on the Trustee and any other party who entered an appearance on the Motion.