RUDIKH & ASSOCIATES
223 Route 18 South
Suite 204
East Brunswick, New Jersey 08816
(732) 659-6961
Attorney for Debtor

_____

**Order Filed on March 13, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

Geraldine Lee                                Case No.:  **18-31293**

           Debtor

**ORDER**

_____

### ORDER TO REIMPOSE THE AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: March 13, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtors:          GERALDINE LEE
Case No.:         **18-31293**
Caption of Order: ORDER TO REIMPOSE THE AUTOMATIC STAY

_____

Upon the Motion of Yan Rudikh, Esq., attorney for the Debtor, Geraldine Lee, for an Order to Reimpose the Automatic Stay, and for good and sufficient cause shown,

It is hereby Ordered as follows:

1. The automatic stay is hereby reimposed.

2. Debtor's counsel shall serve this Order on the Trustee and any other party who entered an appearance on the Motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Geraldine Lee  
     Debtor

Case No. 18-31293-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin               Page 1 of 1          Date Rcvd: Mar 13, 2019
                              Form ID: pdf903           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2019.
```
db             +Geraldine Lee,    2084 Church Street,    Rahway, NJ 07065-3606
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov Rudikh    on behalf of Debtor Geraldine   Lee yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                             TOTAL: 5
```